# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Luis Enrique Nava-Chavez,<br>A206 446 877<br>_Defendant_ | )<br>)<br>) Case No. 16-6440mJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 29, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Luis Enrique Nava-Chavez, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Harlingen, Texas, on or about September 1, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey P.S. for SAUSA David Whipple

☒ Continued on the attached sheet.

_Complainant's signature_
Timothy S. Goodin
U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: September 30, 2016

_Judge's signature_
David K. Duncan
United States Magistrate Judge
_Printed name and title_

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Timothy S. Goodin, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about September 29, 2016, Border Patrol Agent Douglas Nimark encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Luis Enrique Nava-Chavez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Nava-Chavez was transported to the Ajo Border Patrol Station for further processing. Nava-Chavez was held in administrative custody until his identity could be confirmed along with his immigration history.

3. Immigration history checks revealed Luis Enrique Nava-Chavez to be a citizen and national of Mexico and a previously deported criminal alien. Nava-Chavez was removed from the United States to Mexico through Harlingen, Texas, on or about September 1, 2016, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Luis Enrique Nava-Chavez in any

1

Department of Homeland Security database to suggest that Nava-Chavez obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Nava-Chavez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Luis Enrique Nava-Chavez was convicted of Possession of a Controlled Substance, a felony offense, on June 3, 2014, in the Superior Court of Arizona, Maricopa County. Nava-Chavez was sentenced to a term of one (1) year and three (3) months' imprisonment. Nava-Chavez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 29, 2016, Luis Enrique Nava-Chavez was advised of his constitutional rights. Nava-Chavez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Nava-Chavez stated that his true and correct name is Luis Enrique Nava-Chavez and that he was born in Tijuana, Mexico. Nava-Chavez stated that he entered the United States without inspection, near Sonoyta, Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 29, 2016, Luis Enrique Nava-Chavez, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Harlingen, Texas, on or about September 1, 2016, and not having

obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

_____
Timothy S. Goodin
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 30th day of September, 2016.

_____
David K. Duncan
United States Magistrate Judge

3